UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

JS-6

| Case No. | CV 17-5876-TJH(SKx) | Date | MARCH 6, 2024 |
|---|---|---|---|
| Title | Marvin Morales v. Halcore Group, Inc. et al | | |

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive, and the Order [75] filed on September 1, 2023, this case is hereby closed.

IT IS SO ORDERED.

cc: all parties

CV-90                    **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk ys